IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MICHAEL C. TIERNEY,**

    **Plaintiff,**

v.                                  CASE NO.  4:14-cv-165-MW/GRJ

**RICK SCOTT, et al.,**

    **Defendants.**

_____/

**ORDER ACCEPTING
REPORT AND RECOMMENDATION**

This Court has considered the Magistrate's Report and Recommendation, ECF No.4, filed April 2, 2014, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 5, filed April 9, 2014.  Upon consideration

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as the Court's opinion.  Having adopted the report and recommendation, this Court also notes that a district court is not required to accept claims of imminent danger which are fantastic, delusional, or otherwise rise to the level of the irrational or wholly incredible.  Accordingly, the Clerk shall enter

1

judgment stating, "This cause is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1916(g), the three-strikes bar." The Clerk shall close the file.

**SO ORDERED on April 11, 2014.**

s/Mark E. Walker<br>**United States District Judge**